UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60088-CR-COHN

UNITED STATES OF AMERICA

v.

LEROY ROBINSON, a/k/a "Victor,"
and AMELIO MARTIN, a/k/a "Tito,"

      Defendants.
_____/

## UNITED STATE'S NOTICE OF INTENT TO INTRODUCE INEXTRICABLY INTERTWINED EVIDENCE

The United States, by and through the undersigned Assistant United States Attorney, files this Notice and herein advises defendants Leroy Robinson and Amelio Martin of its intention to introduce at trial certain "inextricably intertwined" evidence. The evidence described herein is "intrinsic" to or "inextricably intertwined" with the charged offense. As such, it is admissible, pursuant to Rule 402 of the Federal Rules of Evidence.

The United States intends to offer at trial the testimony of "S.C." a/k/a "Hazel."[1] "Hazel" will testify that she met Martin in late January or early February 2010 in the parking lot of the Homestead Suites hotel in Homestead, Florida. Martin informed "Hazel" that he was a manager of female escorts. He stated that he does not hit his girls. He offered to manage "Hazel" as an escort in exchange for a percentage of her earnings. He stated that he and his cousin could create

---

[1] Initials are used in this Notice to protect the identity of the witness. Her full name will be provided to counsel for the defendants. Both defendants know this witness by her alias which is used throughout this Notice. "S.C." is not the minor child referred to in the Indictment.

an advertisement for her services on backpage.com. He stated that each advertisement would cost seven dollars. He claimed that if she was willing to work for him, they could make a lot of money.

Sometime later that day, "Hazel" agreed to work as a prostitute for Martin. In preparation for her work, Martin purchased an assortment of clothing for "Hazel." During that same day at the hotel, "Hazel" met two females who identified themselves as "Passion"[2] and "Genesis." Martin introduced "Passion" to "Hazel" as one of his girls.

The following day, "Hazel" met Robinson at the hotel. Robinson assisted Martin in creating an advertisement for "Hazel" on backpage.com. Martin took photographs of "Hazel" with Robinson's cellular telephone. Martin told "Hazel" that he was going to upload the photographs on backpage.com. He predicted that after the advertisement was created, the telephone will not stop ringing and that they were going to make a lot of money. Robinson and Martin used Robinson's computer to create the advertisement.

Soon after the advertisement was created, prospective customers called the telephone number listed in the advertisement and inquired about making a date with "Hazel." Martin answered those phone calls and disguised his voice pretending to be "Hazel." Martin negotiated the price of the prostitution date with the customers, chose the time and location of the date, and discussed specific sexual acts that "Hazel" was willing to do.

That evening, Martin and his friend "Dreads" drove "Hazel" to meet with her customers. Martin instructed "Hazel" to call him as soon as she received the money from the customer in advance of performing any sexual acts. During the prostitution dates, Martin and "Dreads"

---

[2] "Passion" was later identified by law enforcement as a minor child referred to in the Indictment as "S.C."

waited outside the meet location in the car. Martin continued to answer the phone from additional prospective customers. After the prostitution dates, "Hazel" handed Martin all the money she earned. "Hazel" and Martin agreed that, in exchange for giving Martin the money, Martin would provide "Hazel" with clothing, shelter and food.

During the time that "Hazel" worked as a prostitute for Martin, she stayed in the same hotel room with Martin, "Passion" and "Genesis." Martin paid for the hotel room using the money he received from the girls' prostitution activities. "Hazel" witnessed on at least one occasion "Passion" performed an act of prostitution. She also overheard "Passion" talking with Martin about her working as a prostitute for him. "Hazel" observed "Passion" hand to Martin money she received from a customer after a prostitution date. "Hazel" also observed Martin answering phone calls for "Passion" and negotiating with her customers "Passion's" prostitution dates. Martin purchased condoms for the girls, including "Passion." Robinson posted advertisements for "Passion" on backpage.com several times per day.

"Hazel" will also testify that she observed that Robinson had a girl named "Sunshyne" working for him as a prostitute. Robinson posted an advertisement for "Sunshyne" on backpage.com. Robinson bought condoms for "Sunshyne" and paid Martin for space in the hotel room. "Sunshyne" gave Robinson all the money she earned from her prostitution dates.

After a few days of working as a prostitute for Martin, "Hazel" informed Martin that she was no longer willing to give him all the money she earned from the prostitution dates. "Passion" and "Genesis" also opposed giving him all their money. "Hazel" told Martin that she was only willing to give him $30 from each date. She also agreed to pay the $7 fee for each advertisement.

After the new payment agreement, "Hazel," "Passion" and "Genesis" continued to work as a prostitute for Martin for the next few days.  Martin continued to drive "Hazel" to her prostitution dates and waited in the car until the date ended.  Over the next few days, a fourth girl named "M.P." came from New Jersey to work as a prostitute.  Martin also took pictures of "M.P." to create for her an advertisement on backpage.com.

A few days prior to Martin and Robinson's arrest in this case, "Hazel" packed her personal belongings at the hotel with the intent to leave Martin.  However, a day or two after she left, "Hazel" returned because she needed to make money.  On the day of her return, the police showed up at the hotel and arrested Martin, Robinson and the girls.  "Hazel" was present in Martin's room when the police arrived.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   /s Mark Dispoto
        Mark Dispoto
        Assistant United States Attorney
        District Court No. A5501142
        United States Attorney's Office
        500 East Broward Boulevard
        Ft. Lauderdale, Florida 33301
        Telephone Number (954) 660-5786
        Fax Number (954) 356-7230
        Mark.dispoto@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      /s Mark Dispoto
Mark Dispoto
Assistant United States Attorney